# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:20-CV-00046-KDB-DSC

| | |
|---|---|
| BMO HARRIS BANK N.A., <br><br> Plaintiff, <br><br> v. <br><br> LARRY JONES AND ALLISON TRANSPORTATION, LLC, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 8). The Court has carefully considered this motion and related exhibits. For good cause shown and in the absence of any response from Defendants, the Court will **GRANT** the motion.

**ORDER**

**NOW THEREFORE IT IS ORDERED THAT:**

1. Plaintiff's Motion for Default Judgment (Doc. No. 8) is **GRANTED;**

2. Default Judgment in the amount of $636,642.77 together with interest in the amount of $281.78 *per diem* from March 1, 2021 until the date of this Order and attorneys' fees and expenses in the amount of $19,466.24 is entered against Defendants jointly and severally;

3. Post-judgment interest on the Judgment shall accrue in accordance with Federal law; and

1

Case 5:20-cv-00046-KDB-DSC   Document 9   Filed 07/26/21   Page 1 of 2

4. The Clerk is directed to close this matter in accordance with this Order;

**SO ORDERED ADJUDGED AND DECREED**.

Signed: July 26, 2021

Kenneth D. Bell
United States District Judge