# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| BMO Harris Bank N.A., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:20-cv-00046-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Larry Jones | ) | |
| Allison Transportation, LLC, | ) | |
| | ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 26, 2021 Order.

July 26, 2021

_____

Frank G. Johns, Clerk
United States District Court